```
Priority    ✓
Send        —
Enter       —
Closed      —
JS-5/JS-6   —
JS-2/JS-3   —
Scan Only   —
```

FILED
CLERK, U.S. DISTRICT COURT

OCT 12 2001

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  Bill Lockyer, Attorney General of the State of California
2  Louis R. Mauro (SBN 132538)
   Supervising Deputy Attorney General
3  Timothy M. Muscat (SBN 148944)
   Deputy Attorney General
4  Douglas J. Woods (SBN 161531)
   Deputy Attorney General
5  1300 I Street, P.O. Box 944255
   Sacramento, CA 94244-2550
6  Tel:  (916) 324-4663
   Fax:  (916) 324-8835
7
8  Attorneys for Defendant
   Bill Jones

9  Mark D. Rosenbaum SBN 59940
   Daniel P. Tokaji, SBN 182114
10 ACLU FOUNDATION OF
   SOUTHERN CALIFORNIA
11 1616 Beverly Blvd.
   Los Angeles, CA 90026
12 Tel:  (213) 977-9500,
         ext. 224 or 276
13 Fax:  (213) 250-3919

14 Attorneys for all Plaintiffs
   except AFL-CIO, Contreras, and Rankin
15 (Additional counsel next page)

**ORIGINAL**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COMMON CAUSE, SOUTHERN CHRISTIAN LEADERSHIP CONFERENCE OF GREATER LOS ANGELES, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, CHICANO FEDERATION OF SAN DIEGO COUNTY, AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, BRYAN CAHN, MIGUEL CONTRERAS, LAURA HO, REVEREND NORMAN JOHNSON, JOANNE McKRAY, TRISHA MURAKAWA, THOMAS RANKIN, and BOB RICHARDS,<br><br>    Plaintiffs,<br>  vs.<br>BILL JONES, in his official capacity as California Secretary of State,<br><br>    Defendant. | CASE NO. 01-03470 SVW (RZx)<br><br>STIPULATION AND ~~PROPOSED~~ ORDER |

[769641 2]

LODGED
01 OCT 11 PM 1:20

| | |
|---|---|
| Bradley S. Phillips, SBN 85263<br>Stephen M. Kristovich, SBN 82164<br>John C. Ulin, SBN 165524<br>MUNGER, TOLLES, & OLSON, LLP<br>355 S. Grand Ave.<br>35th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 683-9100<br>Fax: (213) 687-3702 | Evan H. Caminker, SBN 127320<br>University of Michigan Law School*<br>625 S. State Street<br>Ann Arbor, MI 48109<br>Tel: (734) 763-5695<br>Fax: (734) 763-9375 |

Alan L. Schlosser, SBN 49957
ACLU FOUNDATION OF
 NORTHERN CALIFORNIA
1663 Mission Street, Ste. 460
San Francisco, CA 94103
Tel: (415) 621-2493
Fax: (415) 255-8437

Jordan C. Budd, SBN 144288
ACLU FOUNDATION OF SAN DIEGO &
 IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138
Tel: (619) 232-2121
Fax: (619) 232-0036

Attorneys for all Plaintiffs
except AFL-CIO, Contreras, and Rankin


Stephen P. Berzon, SBN 46540
Jonathan Weissglass, SBN 185008
ALTSHULER, BERZON, NUSSBAUM,
 RUBIN & DEMAIN
177 Post Street, Ste. 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064

Attorneys for Plaintiffs
AFL-CIO, Contreras, and Rankin

Jonathan P. Hiatt, SBN 63533
Laurence E. Gold
AFL-CIO
815 Sixteenth Street, N.W.
Washington, D.C. 20006
Tel: (202) 637-5053
Fax: (202) 637-5323

Attorneys for Plaintiff AFL-CIO

---

* Institutional affiliation given for the purpose of identification only; counsel acting in individual capacity.

[769641.2]

      Plaintiffs and Defendant hereby stipulate as follows:

  1.  Defendant has decertified Votomatic and Pollstar punch-card voting systems for use in California elections pursuant to Government Code § 12175.2 and Elections Code § 19222, and this decertification is effective no later than January 1, 2006. Defendant shall not revoke this decertification.

  2.  The parties agree that the case should proceed to the issue of whether it is feasible to replace Votomatic and Pollstar punch-card voting systems with other certified voting equipment in the nine California counties that currently use such systems in advance of either the 2004 primary election or the 2004 general election, which will be the only issue remaining in the case prior to the parties entering into a consent decree. This is not to be construed as an admission or concession by Defendant of any of the claims or allegations set forth in Plaintiffs' First Amended Complaint in this action.

  3.  Discovery limited to the timing and feasibility of replacing Votomatic and Pollstar punch-card voting systems with other certified voting equipment may proceed immediately, without prejudice to the parties' rights to object to particular discovery. All discovery disputes shall be submitted directly to the Honorable Stephen V. Wilson for resolution on an expedited basis.

  4.  The parties will attempt to finalize a consent decree fully resolving this action by December 14, 2001. If the parties are unable to reach agreement on a consent decree by that date, Plaintiffs and Defendant shall present evidence and argument to the Court with respect to whether it is feasible to replace Votomatic and Pollstar punch-card voting systems with other certified voting equipment in the nine California counties that currently use such systems in advance of either the 2004 primary election or 2004 general election. Although Defendant does not admit or concede any of the claims or allegations set forth in Plaintiffs' First Amended Complaint, the Court shall, in determining whether it is feasible to replace such systems in advance of either 2004 election, apply the same standards that would have applied if Plaintiffs had prevailed on the merits of their claims. The specifics of such standards, and how they would apply to the facts regarding the feasibility issue, will be argued by the parties and determined by

[769641.2]

1 | the Court in connection with the applicable trial or hearing. Any party may file a motion for
2 | summary judgment with respect to feasibility at any time, without prejudice to any party's right to
3 | request or to oppose a postponement of briefing and/or argument on such motion. The trial date
4 | of January 15, 2002 shall remain in effect for purposes of any trial or evidentiary hearing on
5 | feasibility.

6 |     5.    If the Court determines that it is feasible to replace Votomatic and Pollstar
7 | punch-card voting systems with other certified voting equipment in advance of either 2004
8 | election, Defendant shall consent to entry of a consent decree, without admitting or conceding
9 | any of the claims or allegations set forth in Plaintiffs' First Amended Complaint, that requires
10 | advancing the effective date of decertification to a date prior to such 2004 election. The parties
11 | agree that they shall not be entitled to and will not contest the validity of such consent decree
12 | based on the absence of a determination on the merits of Plaintiffs' claims. The parties shall
13 | otherwise be free to appeal from or otherwise contest the Court's ruling on the issue of whether it
14 | is feasible to replace the Votomatic and Pollstar punch-card voting systems with other certified
15 | voting equipment in advance of the 2004 elections.

17 | Dated:                          MUNGER, TOLLES & OLSON, LLP

*[signature]*

By:    Bradley S. Phillips

Attorneys for Plaintiffs, Common Cause, Southern Christian Leadership Conference of Greater Los Angeles, Southwest Voter Registration Education Project, Chicano Federation of San Diego, Bryan Cahn, Laura Ho, Reverend Norman Johnson, Joanne McCray, Trisha Murakawa and Bob Richards

[769641.2]

- 3 -

| | |
|---|---|
| Dated: | **ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN** |
| | *[signature]* |
| | By: Stephen Berzon |
| | Attorney for Plaintiffs, American Federation of Labor and Congress of Industrial Organizations (AFL-CIO), Miguel Contreras and Thomas Rankin |
| Dated: | **BILL LOCKYER, Attorney General of the State of California**<br>**TIMOTHY M. MUSCAT**<br>  Deputy Attorney General<br>**DOUGLAS J. WOODS**<br>  Deputy Attorney General |
| | By: |
| | Attorneys for Defendant, Bill Jones |

## ORDER

IT IS SO ORDERED.

Dated _See page 5_
JUDGE STEPHEN V. WILSON

[769641.2]

- 4 -

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | Dated: | ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN |

By: _____
   Stephen Berzon

Attorney for Plaintiffs, American Federation of Labor and Congress of Industrial Organizations (AFL-CIO), Miguel Contreras and Thomas Rankin

Dated: 10-11-01

BILL LOCKYER, Attorney General
  of the State of California
TIMOTHY M. MUSCAT
  Deputy Attorney General
DOUGLAS J. WOODS
  Deputy Attorney General

By: Tim Muscat

Attorneys for Defendant, Bill Jones

**ORDER**

IT IS SO ORDERED.

Dated 10/12/2001

_____
JUDGE STEPHEN V. WILSON

[789641.2]

-4- 5

**PROOF OF SERVICE BY MAIL**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 355 South Grand Avenue, Los Angeles, California 90071.

On October 11, 2001, I served the foregoing document described as

STIPULATION AND PROPOSED ORDER

on the interested party in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Timothy M. Muscat
Deputy Attorney General
1300 I Street, P.O. Box 944255
Sacramento, CA 94244-2550

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service is made.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on October 11, 2001, at Los Angeles, California.

_____
Marian Cerilly